UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:18-MC-00026-JFW (SKx) | Date | April 3, 2018 |
|---|---|---|---|
| Title | The National Coalition of Association of 7-Eleven Franchisees v. 7-Eleven, Inc., A Texas Corporation | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Lee | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** (IN CHAMBERS): **ORDER DISMISSING MOTION TO QUASH SUBPOENA**

Plaintiff moves to quash a subpoena from an action that has since been dismissed in its entirety. *See* Case No. 17-cv-7454, ECF No. 134. Because termination of an action voids any underlying subpoenas and moots any litigation regarding those subpoenas, the subpoena at issue in the motion is void and the motion is therefore moot. *See* Fed. R. Civ. P. 45(a)(1)(A)(ii), (a)(2); *In re Apollo Grp., Inc. Sec. Litig.*, 329 Fed. App'x 283, 284 (D.C. Cir. 2009).

THEREFORE, it is ORDERED that the Motion to Quash Subpoena is dismissed as moot.